UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:

Jacqueline Bastanzi,
    Debtor
_____/

Case No. 18-10154-KKS
Chapter 7

**ORDER APPROVING THE CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY BRITTANY STOECKERT, A MEMBER OF RESULTS REALTY OF NORTHERN FLORIDA INC AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY (DOC. 33)**

NOW the above-captioned matter comes before this Court upon the Application of the CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY BRITTANY STOECKERT, A MEMBER OF RESULTS REALTY OF NORTHERN FLORIDA INC AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY (DOC. 33), no hearing being necessary, and the Court being otherwise advised, it is

ORDERED:

1. Trustee's Application to Employ BRITTANY STOECKERT, A MEMBER OF RESULTS REALTY OF NORTHERN FLORIDA INC is APPROVED.

2. The Trustee shall present a final closing settlement statement to the Court which shall include all fees and expenses for final approval prior to payment.

**DONE AND ORDERED** on this 5th day of March, 2019.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.
Order prepared by: Theresa M Bender
Copies provided to:
BARBARA A. CUSUMANO, Esq.
BASTANZI, JACQUELINE VEGA
Charles F. Edwards, Esq.
Parties in Interest