UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:
Jacqueline Bastanzi,   Case No. 18-10154-KKS
  Chapter 7

      Debtor.
_____/

**ORDER APPROVING THE CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327 (Doc. 34)**

NOW the above-captioned matter comes before this Court upon the CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, (Doc# 34), no hearing being necessary, it is

ORDERED:

1. Trustee's Application to Employ BK GLOBAL REAL ESTATE SERVICES is APPROVED.

2. The Trustee shall present a final closing settlement statement to the Court which shall include all fees and expenses for final approval prior to payment.

**DONE AND ORDERED** on this __5th__ day of __March__, 2019.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.
Order prepared by:  Theresa M Bender
Copies provided to:
BARBARA A. CUSUMANO, Esq.
BASTANZI, JACQUELINE VEGA
Charles F. Edwards, Esq.